1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2

3  BARBARA J. VALLIERE (DCBN 439353)
   Chief, Criminal Division

4  HARTLEY M. K. WEST (CABN 191609)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6747
7       FAX: (415) 436-7234
        Hartley.West@usdoj.gov

8
   Attorneys for United States of America

9
                           UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11
                                 SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,           )   NO. CR 14-0441 CRB
                                        )
14          Plaintiff,                  )   STIPULATED MOTION TO VACATE
                                        )   RESTITUTION HEARING; [PROPOSED] ORDER
15      v.                              )
                                        )
16  ROBERT SINGLETON,                   )
                                        )
17          Defendant.                  )
                                        )
18

19      The parties move to vacate the November 2, 2016 restitution hearing.  Defendant has executed a

20  settlement agreement with the final victim company, such that a hearing is no longer necessary.

21  SO STIPULATED.

22  DATED: October 27, 2016                   /s/
                                         PAMELA R. DAVIS
23                                       Orrick Herrington & Sutcliffe, LLP
                                         Counsel for Defendant Robert Singleton
24

25  DATED: October 28, 2016              BRIAN J. STRETCH
                                         United States Attorney
26
                                              /s/
27                                       HARTLEY M. K. WEST
                                         Assistant United States Attorney
28

    STIP. MOT. TO VACATE RESTN. HRG.; [PROPOSED] ORDER
    CR 14-0441 CRB

1 [PROPOSED] ORDER

2  For good cause shown, the Court hereby GRANTS the parties' stipulated motion to vacate the
3 restitution in the above-captioned matter.

4

5 DATED: October 31, 2016    _____
                              HON. CHARLES R. BREYER
6                             United States Senior District Judge